IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE KRISTEN L. MIX**

| | |
|---|---|
| Courtroom Deputy: Laura Galera | FTR - Reporter Deck - Courtroom A-401 |
| Date: August 3, 2023 | Alfred A. Arraj United States Courthouse |

Civil Action No. 22-cv-01601-LTB-KLM

*Parties*:                                                    *Counsel*:

VICTORIA ELEFTHERIOS TOUNTAS,          Matthew Osborne
ET AL.,

      Plaintiffs,

v.

EXPERIAN INFORMATION SOLUTIONS,          Amy Lopez
INC. ET AL.,

      Defendants.

## COURTROOM MINUTES

**TELEPHONIC DISCOVERY HEARING**
**Court in session:    12:00 p.m.**

Court calls case. Appearances of counsel.

Discovery Hearing is called regarding scheduling the deposition of defendant's out of country employee.

Plaintiff makes an oral Motion for Extension of the Discovery Deadline.

For the reasons stated on the record, it is:

**ORDERED:**  Counsel to confer **no later than August 18, 2023** regarding scheduling the deposition of defendant's out of country employee.

**ORDERED:**  Plaintiffs' oral Motion for Extension of the Discovery Deadline is

GRANTED. The discovery deadline is extended to **August 31, 2023 for the sole purpose of completing depositions.**

**ORDERED:**  Plaintiff to respond to Defendant Experian Information Solutions, Inc.'s Motion for Summary Judgment [60] **seven days after the completion of the Settlement Conference.**  Defendant shall file their Reply **seven days from the filing of Plaintiff's Response.**

HEARING CONCLUDED.
**Court in recess:     12:12 p.m.**
Total Time:   00:12

To order transcripts of hearings, please contact either AB Litigation Services at (303) 629-8534 or Patterson Transcription Company at (303) 755-4536.